# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| DARRIN EICHER | CASE NUMBER: 06-po-00048-GJR |
| | USM NUMBER: |
| | Thomas M. Riser |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   P0411488

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC § 3; 36 CFR 4.4(c) | MOVE VEHICLE AFTER ACCIDENT | 10/24/2006 | P0411488 |

☑ Count(s)  P0411489     ☑ is   ☐ are   dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 200.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

10/24/2006
Date of Imposition of Judgment

/s/ Gudrun Rice
Signature of Judge

GUDRUN RICE                 USMagistrate Judge
Name of Judge               Title of Judge

November 1, 2006
Date

Defendant's Mailing Address: _____